# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WILLIE C. GREENE,

    Plaintiff,

v.                                                                                       No. CV 18-694 JB/CG

CORRECT CARE SOLUTIONS,
CURRY COUNTY DETENTION CENTER,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED
## *IN FORMA PAUPERIS*

Before the Court is Plaintiff Willie C. Greene's *Motion to Proceed In Forma Pauperis*, (Doc. 2), filed July 19, 2018. Plaintiff's financial information reflects he is unable to prepay the $400.00 filing fee for this action.

The Court will therefore grant Plaintiff's motion, which reduces the fee to $350.00, and allow Plaintiff to pay in installments. *See* 28 U.S.C. § 1915(b)(1). Ordinarily, Plaintiff would be required to make an initial partial payment of "20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint…" *Id.* However, because that amount is only $3.78 and Plaintiff's account balance is nearly zero, the Court will waive the initial partial payment. *See* 28 U.S.C. §§ 1915(b)(1), (2).

Plaintiff is reminded that he must still pay the $350.00 filing fee at a later time and must make monthly payments equal to 20% of the preceding month's income credited to his inmate account. *See* 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Proceed In Forma*

*Pauperis*, (Doc. 2), is **GRANTED**, and the initial partial payment is **WAIVED**.

**IT IS FURTHER ORDERED** that starting March 1, 2019, Plaintiff shall make monthly payments of twenty percent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE