IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIE C. GREENE,

    Plaintiff,

v.                                                      No. CV 18-694 KWR/CG

CORRECT CARE SOLUTIONS, et al.,

    Defendants.

## ORDER TO CURE DEFECTS

**THIS MATTER** is before the Court on review of the record. On June 22, 2020, the Court ordered service on Defendants Sergeant FNU Benavidez, Head Nurse Denise Villainda, and Officer Brian Stanford. (Doc. 12 at 3). Service was effectuated on each named Defendant on June 22 and June 23, 2020, at the address listed in Plaintiff Willie Greene's Complaint. On July 6 and July 23, 2020, however, the mail was returned as undeliverable. (Doc. 14); (Doc. 15); (Doc. 16).

**IT IS THEREFORE ORDERED** that Mr. Greene shall provide a correct mailing address for service of the named Defendants Sergeant FNU Benavidez, Head Nurse Denise Villainda, and Officer Brian Stanford, no later than **September 14, 2020**.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE