IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIE C. GREENE,

    Plaintiff,

v.                                                           No. 2:18-cv-00694-KWR-CG

CORRECT CARE SOLUTIONS, et al.,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 19), filed September 24, 2020. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Civil Rights Complaint pursuant to 42 U.S.C. § 1983*, (Doc. 1), be dismissed. (Doc. 19 at 1-2). The parties were notified that written objections to the PFRD were due within fourteen days. *Id*. at 2. No objections have been filed and the deadline of October 8, 2020, has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

    **IT IS THEREFORE ORDERED** that Plaintiff's *Civil Rights Complaint pursuant to 42 U.S.C. § 1983*, (Doc. 1), is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

_____
**THE HONORABLE KEA W. RIGGS
UNITED STATES DISTRICT JUDGE**